[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 05, 2010
JOHN LEY
CLERK

No. 09-14039
Non-Argument Calendar

_____

D.C. Docket No. 08-60438-CV-DMM

LEE DALE,

                                                        Plaintiff-Appellant,

versus

ANDRE BRUNA, JAMES M. HUGHES,
KIM M. PARNOFIELLO, D. MILLER,
LARRY GRIMM,

                                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(May 5, 2010)

Before CARNES, MARCUS and HILL, Circuit Judges.

PER CURIAM:

This is an appeal by Lee Dale from the dismissal of his 42 U.S.C. § 1983 action with prejudice against Andre Bruna, et al., six officers of the Sunrise, Florida, police department pertaining to his 2006 arrest. Dale alleges unlawful search and seizure, false arrest and unlawful detainment by the officers for a period of three hours.

Based upon a series of discovery-related problems and chronic noncompliance by Dale, the report and recommendation prepared by the magistrate judge was that Dale's amended complaint be dismissed with prejudice. This report was adopted in full by the district court, based upon Dale's unreasonable, defiant conduct, consisting of repeated violations of the Federal Rules and multiple court orders.

We have thoroughly reviewed the record in this case, the report and recommendation of the magistrate judge, the district court order adopting the magistrate judge's order, the briefs and the arguments of counsel. Finding no error, the judgment of the district court is affirmed.

AFFIRMED.